```
CR-S-99-00336-01-PMP (LRL)         BRADY, CHRISTOPHER                              Page 1
```

| | | | | |
|---|---|---|---|---|
| DATE FILED: 08/19/99 | DISTRICT: 0978 | | | COUNTY: 32003 |
| DATE CLSD.:  /  / | TYPE: 4 | WRIT: N | JUV: N | ALIAS.: N |

| I. CHARGE CNTS | | CNT # | # OF |
|---|---|---|---|
| 18/241 | CIVIL RIGHTS COMSPIRACY | 1 | 1 |

| II. UPPER | | ATTORNEY |
|---|---|---|
| U.S.A. | Plaintiff | Marc Garber     AUSA |
| | | Matthew Parrella    AUSA |
| | | Gerard Hogan    AUSA   DOJ |

| III. LOWER | | ATTORNEY |
|---|---|---|
| BRADY, CHRISTOPHER | Defendant | Daniel Albregts APPNTD (#3 |
| | | 2100 Pinto Ln |
| | | Las Vegas, NV  89106 |
| | | (702) 384-1722 |

**OPEN**

Proc date: 8-19-99
Proc code: 2
1st app dt: 8-19-99
1st app code: ___
Cnsl code: 2

**CLOSE**

Dispo Judge: 7810
Dispo date: 8-19-99
Sent date: 11-22-99
Cnsl code: 2

CT: 1  D: 4  Pri: 108  Prob: —  SR: 60  Fine: —
CT: ___ D: ___ Pri: ___ Prob: ___ SR: ___ Fine: ___
CT: ___ D: ___ Pri: ___ Prob: ___ SR: ___ Fine: ___

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs   CHRISTOPHER BRADY

Page 2

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 8/19/99 | 1  **INFORMATION** o/d  12/28/96   lgm | | | | |
| -- | 2  **AO-257** re: D/Brady   lgm | | | | |
| -- | 3  **MINUTES OF WAIVER OF INDICTMENT/ARRAIGNMENT/PLEA** re: D/Brady (PMP) ORD  1) Atty Daniel Albregts appntd cnsl  2) Waivr of indctmnt exctd & fld  3) Info fld  4) T/N: same  5) D plds G to CT 1; crt accpts plea  6) Bndng plea agremnt; crt dfrs accptnce or rejectn until I/S  7) Refrrd to prob for p/s invstigatn & rpt  8) I/S set for 11/22/99 @ 4:00 pm  9) Bnd, PR set & exctd; D relsd  (C/R E.Davis)  cps dist  lgm | | | | |
| -- | 4  **WAIVER OF INDICTMENT** re: D/Brady   lgm | | | | |
| -- | 5  **BOND**, PR pstd obo D/Brady 8/19/99   lgm  (Bond exon:_____) | | | | |
| -- | 6  **PLEA AGREEMENT** re: D/Brady   lgm | | | | |
| 8/20/99 | 7  **ORDER** re: D/Brady (PMP) ORD  1) P/T relse conds set 8/19/99 mdfied to inclde 4 add'l conds (see doc for specs)  cps dist   lgm | | | | |
| 9/23/99 | 8  **CJA-20** re: D/Brady, atty Daniel Albregts appntd cnsl | lgm | | | |
| 11/18/99 | 9  **LETTER** re: D/Brady frm atty Albregts re: D's fthr speaking at I/S   lgm | | | | |
| 11/22/99 | 10  **MINUTES OF SENTENCING** re: D/Brady (PMP) ORD  As to CT 1:  1) Sent impsd  2) Assessmnt  3) Restitutn  4) D shll slf surr bfr noo 1/6/00   cps dist   lgm | | | | |
| -- | 11  **LETTERS** obo D/Brady   lgm | | | | |
| 11/24/99 | 12  **JUDGMENT** re: D/Brady dtd 11/22/99 (PMP) ORD  As to CT 1:  1) 108 mths cstdy USBOP  2) D shll surr bfr noon 1/6/00  3) 5 yrs sprvsd relse  (see doc for spec conds)  4) 150 hrs commnty servce  5) $100.00 assessmnt  6) $6,000.00 restitutn  (EOD 11/24/99)  cps dist   lgm | | | | |
| 12/30/99 | 13  **STIPULATION/ORDER** (PMP) ORD that the self -surr date for D/**Brady** sched ofr 1/6/2000 is contd to **2/4/2000 noon.** cps dist (AT) bh | | | | |
| 2/24/00 | 14  **JUDGMENT** w/USM ret, D/Brady slf surr to FCI Sandstone, MN on 2/4/00   lgm | | | | |
| 6/7/00 | 15  **SEALED**   lgm | | | | |
| 6/12/00 | 6/12/00  Sut 15 to PMP. Da | | | | |
| 6/12/00 | 16  **SEALED**   lgm | | | | |

Interval (per Section II)  Start Date / End Date  Ltr. Code  Total Days

UNITED STATES DISTRICT COURT    CHRISTOPHER BRADY
CRIMINAL DOCKET
AO 256A

Page 3

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 6/16/00 | 17  **SEALED**  lgm | | | | |
| 6/20/00 | Sub 15 to PMP. na | | | | |
| 6/21/00 | 18  **SEALED**  lgm | | | | |
| 6/22/00 | 19  **SEALED**  lgm | | | | |
| 11/13/00 | 20  **SEALED**  lgm | | | | |
| 11/17/00 | Sub 20 to PMP na | | | | |
| 11/20/00 | 21  **SEALED.**  cjb | | | | |
| 11/30/00 | 22  **SEALED**  lgm | | | | |
| 12/8/00 | Sub 20 to PMP. na | | | | |
| 12/12/00 | 23  **SEALED**  lgm | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days